UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates To:**

*Christina Bailey v. Bayer HealthCare Pharmaceuticals Inc., et al.*          No. 3:12-cv-10696-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on August 15, 2013, the above captioned case is **DISMISSED** with prejudice.  Each party shall bear their own costs.

                              NANCY J. ROSENSTENGEL,
                              **CLERK OF COURT**

                              BY:  /s/*Sara Jennings*
                                   **Deputy Clerk**

Dated: August 19, 2013

Digitally signed by David R. Herndon
Date: 2013.08.19 10:18:32 -05'00'

APPROVED:
          CHIEF JUDGE
          U. S. DISTRICT COURT